# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MELISSA ANN BARONE, <br><br> Defendant. | Case No. CR-11-52-GF-BMM <br><br><br> ORDER |

Defendant **Melissa Ann Barone** having filed an Unopposed Motion to Dismiss Petition and Vacate Hearing and there being no objection from the Government;

IT IS HEREBY ORDERED that the Final Revocation Hearing set for **June 5, 2019**, at **10:00 a.m.** is VACATED.

DATED this 5th day of June, 2019.

_____
Brian Morris
United States District Court Judge

1